# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sarah Lebovits, individually and on behalf of all others similarly situated;<br><br>     Plaintiff,<br><br>vs.<br><br>Cavalry Portfolio Services, LLC,<br>Cavalry SPV I, LLC and John Does 1-25<br><br>     Defendants. | Civil Action No. 7:20-cv-01116-KMK |

## DECLARATION OF B Gauper

I, B Gauper, hereby declare as follows:

1. I am an employee of Citbank, N.A. ("Citibank"), a national bank located in Sioux Falls, South Dakota. I have been employed by Citibank (or its affiliates) in different capacities since October 23, 2006. My current job title is Document Control Officer. I am authorized to make this declaration on behalf of Citibank.

2. Citibank issues credit card accounts to persons throughout the country. In connection with my employment, I have personal knowledge of the general business practices of Citibank with respect to credit card accounts issued by Citibank. I am also a duly authorized custodian of records of Citibank and I have access to the business records that relate to the credit card accounts issued by Citibank including, in particular, the records of cardmember accounts and applicable card agreements.

3. The exhibits to this Declaration are all true and correct copies of business records created and maintained by Citibank or its affiliates in the course of regularly conducted business activity. It was and is the regular course of business of Citibank for an employee or representative with personal knowledge of the act, event, condition, or opinion recorded to make these records, or to transmit the information thereof to be included in such records.

4. The statements set forth in this Declaration are true and correct to the best of my knowledge. The statements contained herein are based on my personal knowledge or review of Citibank's business records, including records pertaining to the Citibank Diamond Preferred Card account number ending in 740 that was issued to Sarah Lebovits on September 7, 2016 (the "Account").

5. Citibank maintains records relating to credit cards issued by Citibank, including the Account, in a computerized database. Citibank has and does utilize various quality assurance

controls in order to ensure the address maintained for each cardmember in the database is current and accurate. When an updated address is revised from a cardmember, Citibank updates the address in the database.

6.  At all relevant times, pursuant to its regular business practices and procedures, Citibank employed various quality assurance controls regarding the welcome letters, card agreements, notices, and inserts (including change-in-terms notice) intended to be included in the periodic billing statements and other mailings to Citibank cardmembers, like Sarah Lebovits. Pursuant to its regular business practices and procedures, Citibank prepared billing statements each month with the appropriate notices and/or inserts included with statements. Citibank employed quality assurance controls related to the mailing of the billing statements and associated notices and/or inserts.

7.  Citibank cardmember accounts are governed by written card agreements, as amended from time to time. It was, and it is, Citibank's regular business practice to send a new card agreement to customers at the time they open a new account. The Account is subject to a written card agreement setting forth the applicable terms and conditions for the Account. Attached as Exhibit 1 is a true and correct copy of the card agreement that Citibank mailed to Sarah Lebovits in connection with the Account ("Card Agreement").

8.  I have reviewed Citibank's records for the Account which reflect that on September 8, 2016 the Card Agreement was sent to Sarah Lebovits at 20 WIENER DR UNIT 301, MONSEY NY 10952-1856. *See,* Exhibit 1. It was, and it is, Citibank's regular business practice to include a note in a cardmembers' computerized account records when mail is returned as undeliverable. Citibank has no record that the Card Agreement sent to Sarah Lebovits was returned as undeliverable.

9.  It was, and is, Citibank's regular practices to track when a cardmember rejects a card agreement by closing the corresponding account. I have reviewed Citibank's records for the Account and there is no record that Sarah Lebovits rejected the Card Agreement by closing the Account.

10.  Consistent with Citibank's regular business practice, Sarah Lebovits was sent monthly billing statements for the Account addressed to her at the address reflected on the statements. Attached hereto as Exhibit 2 are true and correct copies of monthly billing statements for the Account which reflect account activity for the life of the Account - September 7, 2016 through April 15, 2019. Portions of Exhibit 2 have been redacted to exclude the full account number.

11.  As stated in the Card Agreement, the terms and conditions became binding on Sarah Lebovits unless she timely closed the Account and unless she had not used or authorized the use of the Account. Citibank's records reflect that the first activity on the Account was a balance transfer that occurred on or about September 21, 2016. *See,* Exhibit 2. The last purchase placed on the account was on or about April 4, 2017. *See,* Exhibit 2.

12. Citibank's records reflect that the Account was charged off on April 15, 2019. *See,* Exhibit 2.

13.  On May 17, 2019, Citibank sold all rights, title and interest in the Account to Cavalry SPV I, LLC. *See,* Exhibit 3.

14.  I have reviewed Citibank's records for the Account and a true and correct copy of the, Bill of Sale and Assignment (*including Exhibit 1 thereto*) is attached hereto as Exhibit 3. Portions of Exhibit 3 have been redacted to exclude the number of accounts, sale balance, and the full account number. *See,* Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2020.

Card Number: ████████ 740

April 20, 2019

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

EXHIBIT 1

# Fact Sheet

## Pricing Information Table

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | 18.24% |
| | This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | 27.49% |
| | This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | Up to 29.99%, based on your creditworthiness. This APR will vary with the market based on the Prime Rate. |
| | This APR may be applied to your account if you: (1) Make a late payment or (2) Make a payment that is returned. |
| | **How Long Will the Penalty APR Apply?** If your APRs are increased for either of these reasons, the Penalty APR may apply indefinitely. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than 50 cents. |
| **How We Calculate Your Balance** | Daily Balance (including current transactions) |

| Fees | |
|---|---|
| **Annual Fee** | None |
| **Transaction Fees** | |
| • Balance Transfer | Either $5 or 3% of the amount of each transfer, whichever is greater. |
| • Cash Advance | Either $10 or 5% of the amount of each cash advance, whichever is greater. |
| • Foreign Purchase Transaction | 3% of each purchase transaction in US dollars. |
| **Penalty Fees** | |
| • Late Payment | Up to $35. |
| • Returned Payment | Up to $35. |

| Details About Your Interest Rates and Interest Calculations | Periodic Rate as of 04/20/2019 | For variable rates: U.S. Prime Rate Plus |
|---|---|---|
| Purchases | 0.04997% (D) | 12.74% |
| Cash Advances | 0.07532% (D) | 21.99% |
| Penalty APR | 0.08216% (D) | Up to 26.74% |
| (D) = Daily periodic rate. A daily periodic rate is the APR divided by 365. Variable APRs will not exceed 29.99%. | | |



# Card Agreement Guide

This Guide will help you easily identify sections of the Card Agreement and give you a brief overview of the contents of each section. This is not intended to be a complete summary of the Card Agreement's contents, and we encourage you to read your entire Card Agreement, including the arbitration provision, before you use your Account.

**DEFINITIONS**
Lists the meanings of particular phrases and terms used in the Card Agreement.

**YOUR ACCOUNT**
Describes some of your responsibilities for using your Account.

**ANNUAL PERCENTAGE RATES & INTEREST CHARGES**
Shows how we calculate interest rates and how that affects your Account balance.

**FEES & FOREIGN CURRENCY CONVERSION**
Describes the fees that can be applied to your Account, including annual membership fees, late fees, as well as foreign transaction fees for Purchases not in U.S. dollars.

**PAYMENTS**
Shows how your monthly Minimum Payment Due is calculated, tells you how we apply your payments to balances, and gives you certain instructions for making payments (and tells you the possible consequences of not following those instructions).

**AUTHORIZED USERS**
Describes an Authorized User's rights and your responsibility for that user. Also describes what information we can share about you and your Authorized User.

**DEFAULT, CLOSING OR SUSPENDING YOUR ACCOUNT**
Tells you when we may require immediate payment of your total Account balance, and explains when we may close or suspend your Account, and when you may close your Account.

**CREDIT REPORTING**
Describes what information we provide about you to credit reporting agencies, and how to dispute items on your report. This section also explains how we use information we get about you from those agencies.

**ACCOUNT INFORMATION, INFORMATION SHARING AND COMMUNICATIONS**
Explains that your personal information we use to manage your Account should always be up to date. Also notes that we share information about you and your Account. In addition, this section describes how we may contact you.

**TRANSACTIONS**
Provides important information about merchant credits, recurring Transactions and card refusals.

**ARBITRATION**
Explains that you cannot go to court, have a jury trial or initiate or participate in a class action if you have a dispute with us. Instead, this provision tells you that the dispute must be resolved by a professional arbitrator, not a judge or jury. This section also explains how arbitration works and some of the differences between resolving a dispute in arbitration and resolving one in court.

**AGREEMENT & BENEFIT CHANGES**
Explains that we can make changes to the Card Agreement and your card benefits and features.

**MISCELLANEOUS**
Explains subjects that aren't included in previous sections.

**YOUR BILLING RIGHTS**
Explains your billing rights, which include how to address possible statement mistakes and your rights if you're not satisfied with a Purchase.

E0042



# Card Agreement

This Card Agreement (**Agreement**) is your contract with us.

The *Facts about Interest and Fees* document (*Fact Sheet*) is part of this Agreement. The **Fact Sheet** shows important information about your Account, such as your annual percentage rates and certain fees. Any amendments to this Agreement also are part of this Agreement.

**Please read all parts of this Agreement, including the arbitration provision, and keep it for your records.**

*Note: Throughout the Agreement are examples, helpful tips, and additional explanations that will make the Agreement easier to understand.*

## DEFINITIONS

**Account** - Your Citi® Diamond Preferred® Account.

**Annual Percentage Rate (APR)** - A rate, shown as a percentage, used to calculate interest on the balance on your Account.

**Authorized User** - Any person you allow to use your Account with a Card we provided with that person's name.

**Balance Transfer** - Use of a Balance Transfer offer, including use of a check that accesses your Account for any transaction, or the transfer of a balance from another credit account to your Account.

**Billing Period** - The period of time between each date when we create a statement for your Account. A Billing Period is usually 28-33 days. For each Billing Period, your statement will show any Transactions, other charges, payments and other credits posted during that Billing Period.

**Business Day** - Monday through Friday, excluding federal holidays.

**Card** - One or more cards or other devices (including an account number) used to access your Account to obtain credit.

**Card Networks** - Organizations, such as Mastercard, Visa and American Express, that facilitate the payment process between a cardmember, merchants and a card issuer.

**Cash Advance** - Use of your Card to get cash, including foreign currency, or for what we consider a cash-like transaction. Examples include using your Card for: ATM and teller withdrawals, wire transfers, money orders, traveler's checks, lottery tickets, gaming chips and other methods used for gambling, wagers and other betting transactions.

**Consumer Reporting Agency** - An organization, such as Experian, Equifax and TransUnion, that compiles credit information for the purpose of generating consumer credit reports. It's also known as a "credit bureau" and a "credit reporting agency."

**Include and including** - These terms mean "include [or including] without limitation."

**Late Payment** - A payment is late if you don't pay at least an amount equal to the Minimum Payment Due minus any Overlimit Amount by the payment due date.

**New Balance** - The total amount you owe us at the end of each Billing Period. This amount is shown on each statement under the heading "New Balance". We explain how we calculate the New Balance below.

**Overlimit Amount** - The amount by which your Account balance exceeds your credit limit in any Billing Period.

**Purchase** - Use of your Card to buy goods and services. Balance Transfers and Cash Advances are not Purchases.

**Returned Payment** - A payment that isn't honored by your financial institution.

**Transaction** - A Balance Transfer, Cash Advance or Purchase, as applicable.

**we, us, and our** - Citibank, N.A.

**you and your** - The cardmember who opened the Account.

*You'll find definitions of other terms within this Agreement.*



## YOUR ACCOUNT

Your Account use is subject to this Agreement. You must pay us for all amounts due on your Account, including:

1. Transactions you make, even if you didn't present your Card or sign for the Transaction;

2. Transactions an Authorized User makes;

3. Transactions that other people make if you or an Authorized User let them use your Account; and

4. Any fees and interest charges on the Account.

**Binding Agreement.** This Agreement takes effect once you use your Card. Even if you don't use your Card, this Agreement will take effect unless you contact us to cancel your Account within 30 days after we sent you this Agreement.

**Credit Limit.** We assign a credit limit to your Account. Part of this credit limit may be available for Cash Advances, and there may be a limit on the amount of Cash Advances you can take in a given period. We may authorize Transactions that cause your balance to exceed your credit limit.

### ACCOUNT USE
**Consumer Purposes.** You aren't permitted to use your Account for business purposes. If you do use your Account for business purposes, this Agreement still applies, and you must pay us for those Transactions. You may also have to pay us for any damages and/or expenses resulting from that use. In addition, we may close your Account.

**Unlawful Transactions.** You aren't permitted to use your Account for unlawful Transactions. If you do use your Account for unlawful Transactions, this Agreement still applies and you must pay us for those Transactions. You also may have to pay the Card Network and/or us for any damages and expenses resulting from that use. In addition, we may close your Account.

**Mobile Phones or Other Devices.** Smart phones, tablets and other electronic devices can store your Card (such as through a mobile wallet). This means they can be used to make Purchases or other Transactions. Any such Transactions are covered by this Agreement. Apps that use your Card to make Transactions may have separate terms of use. We're not responsible if you violate those terms, or for any consequences resulting from any violation.

*Note: It's important to protect your devices the same way you protect your Card. Anyone who can access your Card using your device also can make charges to your Account using that device.*

## ANNUAL PERCENTAGE RATES & INTEREST CHARGES

**The following sections explain how we calculate the interest you owe each Billing Period.**

**APRs.** We use APRs to calculate interest charges on your Account. Different APRs may apply to different Transactions. See the listing of your APRs on the **Fact Sheet.**

**Variable APRs.** A variable APR is an APR that can change each Billing Period. We calculate each variable APR first by taking the U.S. Prime Rate from *The Wall Street Journal (WSJ)* two Business Days before the last day of each Billing Period. (If the *WSJ* doesn't publish the U.S. Prime Rate that day, then we'll use another publication.) Then we add to the U.S. Prime Rate a certain percentage amount, which we call the *Margin.* You can find the Margin we use for your Account in the Details About Your Interest Rate section of the **Fact Sheet.**

> **How is a variable APR calculated?**
>
> If the U.S. Prime Rate published in the WSJ two Business Days before the end of a Billing Period is 5%; and
> If the Margin is **13.99%;** then
> Add the two together to calculate a variable APR:
>
> **5% + 13.99% = 18.99%**

Your variable APRs will increase if the U.S. Prime Rate increases and decrease if the U.S. Prime Rate decreases. If a variable APR increases, then your interest charges and Minimum Payment Due may increase.

If the U.S. Prime Rate changes, we'll apply the new variable APR starting from the first day of the Billing Period when we take the U.S. Prime Rate from the *WSJ.* The new APR will apply to existing balances, as well as balances added to your Account after the change.

**Penalty APR.** If you have a Late or Returned Payment, we may apply a penalty APR to your Account. We determine your penalty APR based on your creditworthiness.

• **Penalty APR for new Transactions (less than 60 days late).** If you make a Late Payment and it's less than 60 days late or you have a Returned Payment, the penalty APR only will apply to new Transactions. We'll review your Account from time to time to determine if a penalty APR should be reduced.

• **Penalty APR for existing balances and new Transactions (60 or more days late).** If we haven't received your Minimum Payment Due within 60 days after its due date, we may apply the penalty APR to both the existing balances and new Transactions. If you make your next six consecutive Minimum Payments Due on time, we'll stop applying the penalty APR to existing balances and new Transactions. If you don't make your next six consecutive Minimum Payments Due on time, the penalty APR may continue to apply indefinitely to existing balances and new Transactions.

### Daily Balance
We calculate interest on your Account each Billing Period first by calculating your daily balances. The following explains how we do that.

**Here's how and when Transactions, fees and credits are applied to the balances on your Account:**

• We add the amount of a Purchase or Balance Transfer to the Purchase balance as of the post date on your statement.

• We add the amount of a Cash Advance to the Cash Advance balance as of the post date on your statement.



3

- We add a Balance Transfer fee to the Purchase balance as of the post date on your statement.
- We add a Cash Advance fee to the Cash Advance balance as of the post date on your statement. We'll add any other fees to the balance of our choice. If you're charged interest in a Billing Period, but the amount calculated is less than $0.50, we'll add additional interest to the balance(s) of our choice so that you'll be charged $0.50 in interest for that Billing Period.
- We subtract credits and payments as of the post date shown on your statement.
- Each balance may have a different APR. Certain categories of Transactions in a balance may have multiple APRs. For example, you may make a Purchase or Balance Transfer that's subject to a promotional APR. Your balances, and their corresponding APRs, are shown on your statement.

**Note:** The post date shown on your statement will usually be the date of the Transaction, but it may be later.

**Here's how we calculate each of the daily Purchase and Cash Advance balances on your Account:**

- We start with the daily balance from the end of the previous day.
- We add any new Transactions, fees and other charges, including interest accrued on the previous day's balance. This means that interest is compounded daily.
- We subtract any credits or payments credited as of that day.
- We make additional adjustments as appropriate, subject to applicable law (as an example, for a disputed charge).

This gives us the daily balance for that day.


740069

Daily balance for purchases from the previous day
+ New purchases
+ Fees and interest accrued on the previous day's Purchase balance
- Payments, credits and adjustments posted that day
= **New daily balance for Purchases**

**Interest Calculation.** Each daily balance may have a different APR. Certain categories of Transactions in a daily balance may have multiple APRs. For example, you may make a Purchase or Balance Transfer that's subject to a promotional APR. If a daily balance on your Account is subject to an APR, we'll charge interest on that daily balance. We use the daily balance method (which includes new Transactions). If interest applies to a balance, it will start applying on the day a charge is added to that balance and continue until that balance is paid in full. We consider a credit balance as a balance of zero when calculating interest on that balance.

- We multiply each daily balance by its applicable daily periodic rates (each applicable APR divided by 365).
- We do this for each day in the Billing Period. This gives us the daily interest amounts.
- Then we total all the daily interest amounts for all the daily balances. This gives us the total interest for the Billing Period.

**Note:** Your balances, and their corresponding APRs, are shown on your statement.

**Calculating the New Balance.** To calculate the New Balance at the end of each Billing Period, we begin with the total Account balance at the start of that Billing Period. Then we add any Transactions that are new to the Account during that Billing Period. Then we subtract any credits applied or payments made during that Billing Period. Then we add any interest charges or fees incurred during that Billing Period and make any other adjustments, as applicable (for example, if you have disputed a charge).

**Grace Period on Purchases.** You won't pay any interest on Purchases if you pay the New Balance, including any Balance Transfers, in full by the payment due date shown on your statement each Billing Period. We call this a *grace period on purchases.* If you don't pay your New Balance, including any Balance Transfers, in full by the payment due date in a Billing Period, you'll pay interest on your Purchases from the date they're posted to your Account. You also won't have a grace period on Purchases again until you pay the New Balance in full by the payment due date 2 Billing Periods in a row.

There's no grace period on Balance Transfers and Cash Advances. This means you'll pay interest on Balance Transfers and Cash Advances from the date these Transactions post to your Account.

4

## FEES & FOREIGN CURRENCY CONVERSION

| Fees | Amount | About the Fee |
|------|--------|---------------|
| **Late Fee** | Up to $35 | We have the right to charge you a late fee if you don't pay at least an amount equal to the Minimum Payment Due minus any Overlimit Amount by the payment due date. The late fee is $25 and, if you make another Late Payment within the next 6 Billing Periods the late fee will be $35. The amount of your late fee will never be higher than your Minimum Payment Due. |
| **Returned Payment Fee** | Up to $35 | We have the right to charge you a Returned Payment fee of $25 if your bank doesn't honor your payment. If that happens, we'll resubmit the payment request. If your bank doesn't honor another payment within 6 consecutive Billing Periods, the Returned Payment fee will go up to $35. |
| **Transaction Fee for Balance Transfers** | Either $5 or 3% of the amount of each transfer, whichever is greater. | We charge you a fee for each Balance Transfer. |
| **Transaction Fee for Cash Advances** | Either $10 or 5% of the amount of each cash advance, whichever is greater. | We charge you a fee for each Cash Advance. |
| **Transaction Fee for Purchases in Foreign Currency** | 3% of the amount of the Transaction after conversion to U.S. dollars. | We charge you a fee for a Purchase made in a currency other than U.S. dollars, regardless of where the Transaction takes place or who the merchant is. |

### FOREIGN CURRENCY CONVERSION

**Foreign Currency Conversion - Purchases.** A Card Network converts the amount of a Purchase in a foreign currency into U.S. dollars. Each Card Network follows its own procedures for conversion. These procedures include how the Card Network chooses an exchange rate and when to do the conversion. For example, Visa chooses either a government-mandated exchange rate or chooses from a range of rates available on wholesale currency markets (and, in either case, the exchange rate that it chooses may be less favorable than the rate that Visa itself receives when it makes foreign currency transactions). Depending on the policies of each Card Network, the exchange rate chosen may be the one in effect on the day the Card Network does the conversion, or on the day before. The exchange rate that a Card Network uses to convert the Purchase to U.S. dollars may differ from the rate in effect on the date you made the Purchase or on the post date for that Purchase shown on your statement. The Card Network's procedures may change without notice.

If a third party, such as a merchant, converts the amount of a Purchase into U.S. dollars before sending the Purchase to a Card Network, the third party chooses the conversion rate instead of the Card Network.

**Foreign Currency Conversion - Cash Advances.** If you take a Cash Advance in a foreign currency at an ATM or branch of a financial institution, it may not be the Card Network in all instances that converts the Transaction into U.S. dollars. Instead, depending on where the Transaction takes place, another third party, such as a financial institution, ATM network, or ATM operator, may do the conversion. We do not control this. However, if you use your Card for a Cash Advance at a Citibank ATM or branch, then we or our affiliates may do the conversion.

The party that converts a Cash Advance to U.S. dollars will choose the exchange rate and when to do the conversion. The exchange rate in effect on the date the Cash Advance is converted to U.S. dollars may differ from the rate in effect on the date you took the Cash Advance or the post date for that Transaction shown on your statement. The exchange rate may also differ from any rate quoted to you when you made the Transaction.



## PAYMENTS

**Minimum Payment Due.** You may pay all or a part of your Account balance at any time. You must pay at least the Minimum Payment Due by the payment due date each Billing Period.

Your **"Minimum Payment Due"** equals:

- Any amount past due; plus
- Any Overlimit Amount; plus
- The greater of:
  1. The New Balance, if it's less than $25;
  2. $25 if the New Balance is at least $25;
  3. 1% of the New Balance (rounded to the nearest dollar), plus any billed interest or minimum interest charge, plus any late fee; or
  4. 1.5% of the New Balance (rounded to the nearest dollar).

The Minimum Payment Due is never more than the New Balance.

> **Note:** Your payment due date is typically the same day of the month, every month. You may request a change to your monthly due date.

### How is the Minimum Payment Due calculated?

For example, in a sample Billing Period, an Account with no past due or Overlimit amounts has:

**New Balance: $2,500**

**Interest: $18.54**

Since the New Balance is more than $25, and there are no past due or Overlimit amounts, the Minimum Payment Due will be the greater of:

1% of the New Balance (1.0% x $2,500: **$25.00**) + interest ($18.54): **$43.54**
or
1.5% of the New Balance (1.5% x $2,500): **$37.50**

Since 1% of the New Balance plus interest ($43.54) is greater than 1.5% of the New Balance ($37.50) the Minimum Payment Due is **$43.54.**

**Application of Payments.** We decide how to apply your payments, up to the Minimum Payment Due, to the balances on your Account. We may apply the Minimum Payment Due first to interest charges, then to the balance with the lowest APR and then to balances with higher APRs. If you pay more than the Minimum Payment Due, we'll apply the amount over the Minimum Payment Due first to the balance with the highest APR, then to the balance with the next highest APR, and so on, except as otherwise required by applicable law.

**Payment Instructions.** You must follow the instructions below when making a payment. If you do, we'll credit the payment to your Account as of the day we receive it.

1. You must pay in U.S. dollars.
2. You must use a check or electronic debit issued by a bank in the United States.
3. You must not send us a check dated after the date that we receive it.
4. You must not enclose more than one check per envelope.
5. You must not include any restrictive endorsements on the check.
6. You must follow the additional payment instructions shown on your statement.

If you don't pay in U.S. dollars and we accept your payment, we'll select the currency conversion rate, and you must pay our costs. If you don't follow our payment instructions, we may not accept your payment, or there may be a delay in crediting your Account. Either may result in late fees and additional interest charges to your Account. If you don't follow the instructions in this Agreement or on your statement, we may accept your payment without losing our rights.

We may reject a payment if it's more than the outstanding Account balance. We also may close your Account.

## AUTHORIZED USERS

**Account Use by Authorized Users.** You can ask us to add one or more Authorized Users to your Account. If we approve, use of your Account by an Authorized User is subject to the terms of this Agreement. You must:

- Obtain permission from each Authorized User before naming him or her as an Authorized User on your Account.
- Make a copy of this Agreement available to each Authorized User.
- Pay us for all charges incurred by each Authorized User.
- Notify us to remove an Authorized User from your Account.

If we remove an Authorized User, in some cases we may close your Account, open a new Account, and issue you a new Card.

You're responsible for:

- Any Transactions made by an Authorized User on your Account.

- Any Transaction made by an Authorized User even if the post date shown on your statement for that Transaction occurs after the date you ask us to remove the Authorized User from your Account.
- Any Transactions made by others if an Authorized User allows them to use your Account.
- Fees and charges resulting from any Transactions made by an Authorized User or others if an Authorized User allows them to use your Account.



**What can Authorized Users do?**

- Report lost or stolen Cards
- Change the billing address for your Account
- Make payments
- Obtain Account information, such as Transaction histories

- Initiate billing disputes
- Request statement copies

- Request refund checks

**Account Information Rights for Authorized Users.** You allow us to discuss your Account with an Authorized User. This includes giving him or her access to your Account information and history. You also agree that an Authorized User may use and receive information about the Account the same way you do. An Authorized User can't add other Authorized Users, adjust the credit limit or close the Account.

**Information about Authorized Users.** You agree to give us certain personal information about each Authorized User. You must let each one know that you'll give us that information and you must have his or her permission to do so. You must have permission from each one to allow us to share information about him or her as allowed by applicable law. This includes information we may get from you, any Authorized User and others. It also includes information about their Transactions on the Account.

**Credit Reporting.** We report information about this Account to Consumer Reporting Agencies in the Authorized User's name that may appear on their credit report. This could include information about:

- Late Payments;
- Returned payments;

- Overlimit amounts; and
- Other violations of this Agreement.

You must let each Authorized User know that we report Account information in his or her name. Also, see **Credit Reporting** in Section 8.

---

## DEFAULT, CLOSING OR SUSPENDING YOUR ACCOUNT

**Default.** We may require immediate payment of your total Account balance, to the extent allowed by law, if any of the following occurs:

1. You don't pay at least the Minimum Payment Due by the due date.
2. You have a Returned Payment.
3. You file for bankruptcy or some other insolvency proceeding is filed by or against you.
4. You don't honor the terms of this Agreement.
5. You default under any other card agreement you have with us.
6. You're declared incompetent or mentally incapacitated, or in the event of your death.

**Closing or Suspending Your Account.** We may close or suspend your Account if any of the events listed above occurs, or for any reason, or for no reason. We may do this at any time, without notifying you, as allowed by law. We may cancel your current Card and issue you a substitute Card at any time. You also may close your Account at any time by notifying us by telephone or in writing. If we close or suspend your Account, or if you close your Account, you must pay us all amounts you owe on the Account, even if they post to your Account after it's closed or suspended.

**Closing Secured Accounts.** If your Account is a secured Account, you gave us a security interest in a deposit account. This secures repayment of your Account. If you withdraw your funds from the deposit account, we will close your Account. If you gave us a security interest in a deposit account, we may use the deposit amount to pay any amount you owe.

---

## CREDIT REPORTING

You allow us to get information about you. We get it from Consumer Reporting Agencies and other sources that provide consumer financial information. You allow us to use it for:

- Renewal of your Account;
- Credit line increases or decreases;
- Administration or review of your Account, collection and any other servicing;
- All other credit-related purposes connected with this Agreement;
- Offers for other cards, insurance products and other services; and
- Other uses permitted by law.

We report Account information in your name, as well as information about you to Consumer Reporting Agencies, on a monthly basis. The information we provide may appear on your credit reports. This can include information about:

- Late Payments;
- Returned payments;

- Overlimit amounts; and
- Other violations of this Agreement.

If you think we've given incorrect information to a Consumer Reporting Agency about you (or about an Authorized User), please write to us at the Customer Service address on your statement and we'll research it. We'll let you know if we agree or disagree with you. If we agree with you, we'll contact each Consumer Reporting Agency we reported to and request a correction.

---

## ACCOUNT INFORMATION, INFORMATION SHARING AND COMMUNICATIONS



**Changes to Account Information.** You provided certain personal information to us when you opened your Account. You agree to notify us if this information changes. If you don't, or if we ask you to verify your Account information and you cannot, we may suspend or close your Account.

**Information Sharing.** You agree to let us share information about you and your Account as allowed by law. This includes information we get from you and others. Our privacy notice, which is enclosed with your new Account materials, describes reasons Citi can share its customers' personal information.

## COMMUNICATIONS

**Contacting You.** You agree that we (and/or our service providers or anyone we authorize) may contact you at any phone number, email address, or mailing address you provide or we obtain in other ways. This includes communications to mobile, cellular/wireless, or similar devices. We may contact you by live operator, auto-dialer, recorded or artificial voice, text, or email.

You agree to pay any charges from your plan provider for communications we send to you, as well as communications you send to us.

**How We Capture and Use Voiceprints.** We may use voice recognition technology to verify your identity when you call. We may capture and store your voiceprint for this purpose.

**Call Monitoring.** We may monitor and record any calls between you and us.

**Notices.** We send any notices to your billing address or, if you've agreed, by email to the address you gave us. We consider a notice sent as soon as we mail it. We consider an electronic notice sent as soon as we email it, unless we receive notification that the email was undeliverable.

# TRANSACTIONS

**Merchant Refunds.** A merchant refund to your Account will post to your Account as a credit. We don't control when a merchant sends an Account credit. We'll choose how to apply the credit to your existing Account balances. If a credit creates a credit balance on your Account, we'll mail you a check for the amount of the credit balance.

**Note: Merchant Surcharges.** Some merchants, including merchants outside of the U.S., may charge you a fee to use your Card for a Purchase. The fee will be either a percentage of the amount of your Purchase, or a flat fee, and will be added to the amount of your Purchase. Usually, a merchant will tell you about this fee before you use your Card, but not always. We don't control these fees, and can't prevent them.

**Recurring Authorized Transactions.** If you authorize a merchant or any other person to charge your Account for recurring Transactions, you must notify the merchant if:

- You want to discontinue these Transactions;
- Your Account is closed;
- Your Account number changes;
- Your Card expiration date changes.

You're responsible for reinstating any recurring authorized Transactions.

**Refusal of the Card.** We don't guarantee approval of Transactions. We are not liable for those that aren't approved, even if you have enough available credit on your Account. If we detect unusual or suspicious activity, we may suspend your credit privileges. We also may limit the number of Transactions approved in a single day.

# ARBITRATION

### PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.

This section provides that disputes may be resolved by binding arbitration. Arbitration replaces the right to go to court, have a jury trial or initiate or participate in a class action. In arbitration, disputes are resolved by an arbitrator, not a judge or jury. Arbitration procedures are simpler and more limited than in court. This arbitration provision is governed by the Federal Arbitration Act (FAA), and shall be interpreted in the broadest way the law will allow.

### Covered claims

- **You or we may arbitrate** any claim, dispute or controversy between you and us arising out of or related to your Account, a previous related Account or our relationship (called "Claims").
- **If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.**

Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present, or future conduct; and Claims made independently or with other claims. This also includes

Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/ subsidiary company.

### Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.
- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.
- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single Account and/or related Accounts, or corporate affiliates are here considered as one person.



8

### How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.

- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim, motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.

- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect Account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.

- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

### Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

### The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

### Survival and Severability of Terms

This arbitration provision shall survive changes in this Agreement and termination of the Account or the relationship between you and us, including the bankruptcy of any party and any sale of your Account, or amounts owed on your Account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

## AGREEMENT & BENEFIT CHANGES

**Changes to this Agreement.** We may change this Agreement for any reason and at any time, subject to applicable law. This means that we can change rates, and fees that apply to your Account. It also means we can add, replace or remove provisions of this Agreement. If required by applicable law, we'll give you notice of the changes. If you have the right to reject a change, we'll notify you and tell you how to reject. If we notify you of a change, we may do so on your statement or send you a separate written notice, either of which may be sent electronically if permitted by applicable law.

**Changing Benefits.** Any benefit, reward, service or feature offered may change or be discontinued at any time for any reason. Separate terms and conditions will describe any exceptions.

## MISCELLANEOUS

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party. You may not sell, assign or transfer your Account or any of your obligations under this Agreement.

**Governing Law.** Federal law and the law of South Dakota govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We won't lose our rights under this Agreement because we delay in enforcing them or fail to enforce them. If any provision of this Agreement is found to be unenforceable, all other provisions of the Agreement will remain in effect.

**Collection Costs.** To the extent allowed by law, you're liable to us for our legal costs if we refer collection of your Account to a lawyer who isn't our salaried employee. These costs may include reasonable attorney's fees, as well as costs and expenses of any legal action.

**Unforeseen Circumstances.** From time to time, our services might be unavailable due to circumstances beyond our control (such as fires, floods, natural disasters, system failures or other unpredictable events). When this happens, you might not be able to use your Card or obtain information about your Account. We're not responsible or liable if this happens.

**Lost or Stolen Cards, Account Numbers or Account Checks.** You must try to prevent the unauthorized use of your Account and any Card, including your Account number. You must call us if any Card is lost or stolen. Also, you must call us if you think someone has used or may use these items without permission.



**Headings.** The headings in this Agreement are included as a matter of convenience and do not define, limit or enlarge the scope of this Agreement or any of its provisions.

## YOUR BILLING RIGHTS

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act. Keep this document for future use.

### What to Do if You Find a Mistake on Your Statement

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### What Will Happen After We Receive Your Letter

When we receive your letter, we must do 2 things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We also will tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The transaction in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of 2 things will happen:

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

### Your Rights if You're Dissatisfied with Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with an Account check do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing inquiries and correspondence shown on the front of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**For Further Information:** Call the Customer Service number shown on the statement or on the back of your Card if you need more information.

© 2016 Citibank, NA

**SARAH LEBOVITS**
Member Since 2016  Account number ending in:▮740
Billing Period: **09/16/16-10/17/16**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## OCTOBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$83.00** |
| **New balance as of 10/17/16:** | **$5,562.00** |
| **Payment due date:** | **11/13/16** |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Account Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$5,400.00 |
| Cash advances | +$0.00 |
| Fees | +$162.00 |
| Interest | +$0.00 |
| **New balance** | **$5,562.00** |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $38 |
| Includes $38 available for cash advances | |

**$64.87**

| | |
|---|---|
| **Minimum payment due** | **$83.00** |
| **New balance** | **$5,562.00** |
| **Payment due date** | **11/13/16** |

**Amount enclosed:**

Account number ending in ▮740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY  NY  10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

EXHIBIT 2

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | **Balance Transfer-Offer 4 (0.000%)** | |
| 09/21 | 09/21 | BAL XFER CHECK # 1002 | $5,400.00 |
| 01646509 | 61 | 0000US | |

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 10/17 | MEMBERSHIP FEE OCT 16 SEP 17 | $0.00 |
| 00000000 74 | 0000 | |
| 10/17 | BALANCE TRANSFER FEE | $162.00 |
| 00000000 88 | 0000 | |
| **Total fees charged in this billing period** | | **$162.00** |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2016 totals year-to-date

| | |
|---|---|
| Total fees charged in 2016 | $162.00 |
| Total interest charged in 2016 | $0.00 |

### Interest charge calculation

**Days in billing cycle: 32**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $4,556.25 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

**From This Billing Period:**

 Interest: **$64.87**



**TOTAL SAVINGS**
$64.87

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$64.87**

Total points as of 10/01/16:
**1,000**

Points transferred to your Citi Easy Deals SM Account:
**0**

Citi Easy Deals Member ID:

| | |
|---|---|
| Earned this period | 0 |
| Adjusted this period | 0 |
| **Total Earned this period** | **0** |
| **Total Earned year to date** | **0** |

» Visit citieasydeals.com to redeem points or for complete program details

No Citi Easy Deals Points were transferred this month to your Citi Easy Deals account. This may be because you made no eligible purchases or because a credit/adjustment/dispute exceeded the amount of eligible purchases.

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Standard Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you redeemed for an item from Citi Easy Deals, savings is the difference between the retail or offer price displayed at citieasydeals.com and the price you paid after redeeming your points. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

If you have not received your new card, please call the Customer Service number on this statement.

Each Balance Transfer is subject to a one-time transaction fee.

If we need to contact you about your account, our records show your phone number(s) as 845-425-6270 (mobile). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 11/06/2016 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: 740
Billing Period: **10/18/16-11/15/16**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## NOVEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$82.00** |
| **New balance as of 11/15/16:** | **$5,479.00** |
| **Payment due date:** | **12/13/16** |

## Account Summary

| | |
|---|---|
| Previous balance | $5,562.00 |
| Payments | -$83.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,479.00** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,106 |
| $161 | 3 year(s) | $5,796 (Savings=$4,310) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $121 |
| Includes $121 available for cash advances | |

**$135.86**

| | |
|---|---|
| **Minimum payment due** | **$82.00** |
| **New balance** | **$5,479.00** |
| **Payment due date** | **12/13/16** |

**Amount enclosed:**

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | | |

**Payments, Credits and Adjustments**

| 10/26 | ONLINE PAYMENT, THANK YOU | $83.00 |
|---|---|---|
| | 70   0000          0000 | |

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

## 2016 totals year-to-date

| Total fees charged in 2016 | $162.00 |
|---|---|
| Total interest charged in 2016 | $0.00 |

### Interest charge calculation

Days in billing cycle: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,501.90 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

You can help those impacted by Hurricane Matthew by making a donation to the American Red Cross. Many people need support during this difficult time. Visit thankyou.com to use your points to make a donation today or donate directly to http://www.redcross.org/cm/citigroup-pub

### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Standard Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you redeemed for an item from Citi Easy Deals, savings is the difference between the retail or offer price displayed at citieasydeals.com and the price you paid after redeeming your points. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

**From This Billing Period:**

 Interest: **$70.99**



**TOTAL SAVINGS**
$70.99

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$135.86**

**Total points as of 11/01/16:**
# 1,000

**Points transferred to your Citi Easy Deals℠ Account:**
# 0

**Citi Easy Deals Member ID:**

| Earned this period | 0 |
|---|---|
| Adjusted this period | 0 |
| **Total Earned this period** | **0** |
| **Total Earned year to date** | **0** |

» Visit citieasydeals.com to redeem points or for complete program details

No Citi Easy Deals Points were transferred this month to your Citi Easy Deals account. This may be because you made no eligible purchases or because a credit/adjustment/dispute exceeded the amount of eligible purchases.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 12/06/2016 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: █740
Billing Period: 11/16/16-12/15/16

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## DECEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$80.00** |
| **New balance as of 12/15/16:** | **$5,397.00** |
| **Payment due date:** | **01/13/17** |

**Account Summary**

| | |
|---|---|
| Previous balance | $5,479.00 |
| Payments | -$82.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,397.00** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Credit Limit**

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $203 |
| Includes $203 available for cash advances | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,024 |
| $159 | 3 year(s) | $5,724 (Savings=$4,300) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**$208.88**

| | |
|---|---|
| **Minimum payment due** | **$80.00** |
| **New balance** | **$5,397.00** |
| **Payment due date** | **01/13/17** |

**Amount enclosed:**

Account number ending in █740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| **Payments, Credits and Adjustments** | | | | | |
| | 12/13 | ONLINE PAYMENT, THANK YOU | | | $82.00 |
| | | 70    0000 | 0000 | | |

## Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

## Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

## 2016 totals year-to-date

| Total fees charged in 2016 | $162.00 |
|---|---|
| Total interest charged in 2016 | $0.00 |

## Interest charge calculation

Days in billing cycle: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,470.80 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Standard Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you redeemed for an item from Citi Easy Deals, savings is the difference between the retail or offer price displayed at citieasydeals.com and the price you paid after redeeming your points. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 01/06/2017 to allow enough time for regular mail to reach us.

**From This Billing Period:**

☐ Interest:                    $73.02



**CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
$208.88**

**Total points as of 12/01/16:**
# 1,000

**Points transferred to your
Citi Easy Deals SM Account:**
# 0

**Citi Easy Deals
Member ID:**

| Earned this period | 0 |
|---|---|
| Adjusted this period | 0 |
| **Total Earned this period** | **0** |
| **Total Earned year to date** | **0** |

» **Visit citieasydeals.com to redeem
points or for complete program details**

No Citi Easy Deals Points were transferred this month to your Citi Easy Deals account. This may be because you made no eligible purchases or because a credit/adjustment/dispute exceeded the amount of eligible purchases.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▌740
Billing Period: **12/16/16-01/16/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## JANUARY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$161.00** |
| **New balance as of 01/16/17:** | **$5,422.00** |
| **Payment due date:** | **02/13/17** |

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $80.00.

### Account Summary

| | |
|---|---|
| Previous balance | $5,397.00 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$25.00 |
| Interest | +$0.00 |
| **New balance** | **$5,422.00** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,152 |

For information about credit counseling services, call 1-877-337-8188. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

### Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $178 |
| Includes $178 available for cash advances | |

**$286.91**

| | |
|---|---|
| **Minimum payment due** | **$161.00** |
| **New balance** | **$5,422.00** |
| **Payment due date** | **02/13/17** |

**Amount enclosed:**

Account number ending in ▌740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY  NY  10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 01/16 | LATE FEE DEC PAYMENT PAST DUE | $25.00 |
| 00000000 66 | 0000 | |
| **Total fees charged in this billing period** | | **$25.00** |

### Interest charged

| | |
|---|---|
| **Total interest charged in this billing period** | **$0.00** |

### 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | $25.00 |
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation

Days in billing cycle: 32

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,397.00 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Standard Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you redeemed for an item from Citi Easy Deals, savings is the difference between the retail or offer price displayed at citieasydeals.com and the price you paid after redeeming your points. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

**From This Billing Period:**

☐ Interest: **$78.03**



**TOTAL SAVINGS**
$78.03

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$286.91**

**Total points as of 01/01/17:**
# 1,000

**Points transferred to your Citi Easy Deals**<sup>SM</sup> **Account:**
# 0

**Citi Easy Deals Member ID:**

| | |
|---|---|
| Earned this period | 0 |
| Adjusted this period | 0 |
| **Total Earned this period** | **0** |
| **Total Earned year to date** | **0** |

» **Visit citieasydeals.com to redeem points or for complete program details**

No Citi Easy Deals Points were transferred this month to your Citi Easy Deals account. This may be because you made no eligible purchases or because a credit/adjustment/dispute exceeded the amount of eligible purchases.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 02/06/2017 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: █740
Billing Period: **01/17/17-02/15/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing Impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## FEBRUARY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$78.00** |
| **New balance as of 02/15/17:** | **$5,261.00** |
| **Payment due date:** | **03/13/17** |

## Account Summary

| | |
|---|---|
| Previous balance | $5,422.00 |
| Payments | -$161.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,261.00** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $9,991 |
| $158 | 3 year(s) | $5,688 (Savings=$4,303) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $339 |
| Includes $339 available for cash advances | |

·

**$358.66**

| | |
|---|---|
| **Minimum payment due** | **$78.00** |
| **New balance** | **$5,261.00** |
| **Payment due date** | **03/13/17** |

**Amount enclosed:**

Account number ending in █740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| **Payments, Credits and Adjustments** | | | | | |
| | 01/23 | ONLINE PAYMENT, THANK YOU | | | $161.00 |
| | | 70    0000 | 0000 | | |

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | $25.00 |
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation

Days in billing cycle: **30**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $5.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,288.20 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 03/06/2017 to allow enough time for regular mail to reach us.

### From This Billing Period:

🔳 Interest:          $71.75



CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
**$358.66**

To find out your current tier:
Visit citieasydeals.com or call the
number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to
citieasydeals.com

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▌740
Billing Period: **02/16/17-03/15/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## MARCH STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$77.00** |
| **New balance as of 03/15/17:** | **$5,183.00** |
| **Payment due date:** | **04/13/17** |

### Account Summary

| | |
|---|---|
| Previous balance | $5,261.00 |
| Payments | -$78.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,183.00** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

### Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $417 |
| Includes $417 available for cash advances | |

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $9,913 |
| $156 | 3 year(s) | $5,616 (Savings=$4,297) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

$424.72

| | |
|---|---|
| **Minimum payment due** | **$77.00** |
| **New balance** | **$5,183.00** |
| **Payment due date** | **04/13/17** |

**Amount enclosed:**

Account number ending in ▌740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| | | **Payments, Credits and Adjustments** | | | |
| 03/02 | | ONLINE PAYMENT, THANK YOU | | | $78.00 |
| | 70 | 0000US | 0000 | | |

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

## 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | $25.00 |
| Total interest charged in 2017 | $0.00 |

## Interest charge calculation

Days in billing cycle: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,222.00 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 04/06/2017 to allow enough time for regular mail to reach us.

**From This Billing Period:**

☐ Interest:                    **$66.06**



**CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
$424.72**

To find out your current tier:
Visit citieasydeals.com or call the
number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to
citieasydeals.com

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: 740
Billing Period: **03/16/17-04/17/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## APRIL  STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$82.00** |
| **New balance as of 04/17/17:** | **$5,521.12** |
| **Payment due date:** | **05/13/17** |

## Account Summary

| | |
|---|---|
| Previous balance | $5,183.00 |
| Payments | -$77.00 |
| Credits | -$0.00 |
| Purchases | +$415.12 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,521.12** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 year(s) | $10,789 |
| $168 | 3 year(s) | $6,048 (Savings=$4,741) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $78 |
| Includes $78 available for cash advances | |

**$505.81**

| | |
|---|---|
| **Minimum payment due** | **$82.00** |
| **New balance** | **$5,521.12** |
| **Payment due date** | **05/13/17** |

**Amount enclosed:**

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY  NY  10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | | | Amount |
|---|---|---|---|---|---|---|

**Payments, Credits and Adjustments**

| | 04/05 | ONLINE PAYMENT, THANK YOU | | | | $77.00 |
|---|---|---|---|---|---|---|
| | | 70 | 0000US | 0000 | | |

**Standard Purchases**

| 03/30 | 03/30 | ROCKLAND KOSHER | MONSEY | NY | | $73.78 |
|---|---|---|---|---|---|---|
| V2VXZ2CL | | 61 | A5411USA | 2222 | | |
| 03/30 | 03/30 | MERKAZ SEFORIM | MONSEY | NY | | $97.49 |
| OH9P*NGW | | 61 | A5942USA | 2222 | | |
| 03/31 | 03/31 | SHELL OIL 14634223210PS MONSEY | | NY | | $13.98 |
| D2O10SXF | | 61 | A5541USA | 2222 | | |
| 04/01 | 04/01 | ROCKLAND KOSHER | MONSEY | NY | | $15.78 |
| MPSXZ2CL | | 61 | A5411USA | 2222 | | |
| 04/04 | 04/04 | FRANKEL`S DESIGNER | MONSEY | NY | | $214.09 |
| YNPZ8NGW | | 61 | A5661USA | 2222 | | |

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

### 2017 totals year-to-date

| Total fees charged in 2017 | $25.00 |
|---|---|
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation          Days in billing cycle: 33

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $205.19 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,152.67 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

**From This Billing Period:**

☐ Interest:          **$81.09**



**TOTAL SAVINGS**
$81.09

CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
**$505.81**

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

**SARAH LEBOVITS**

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

If we need to contact you about your account, our records show your phone number(s) as 845-425-6270 (mobile). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 05/06/2017 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in:█740
Billing Period: **04/18/17-05/15/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## MAY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$81.00** |
| **New balance as of 05/15/17:** | **$5,439.12** |
| **Payment due date:** | **06/13/17** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 year(s) | $10,707 |
| $167 | 3 year(s) | $6,012 (Savings=$4,695) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Account Summary

| | |
|---|---|
| Previous balance | $5,521.12 |
| Payments | -$82.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,439.12** |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $160 |
| Includes $160 available for cash advances | |

**$575.73**

| | |
|---|---|
| **Minimum payment due** | **$81.00** |
| **New balance** | **$5,439.12** |
| **Payment due date** | **06/13/17** |

**Amount enclosed:**

Account number ending in █740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| | | | | | |

**Payments, Credits and Adjustments**

| | 04/20 | ONLINE PAYMENT, THANK YOU | | | $82.00 |
|---|---|---|---|---|---|
| | | 70    0000US | 0000 | | |

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

### 2017 totals year-to-date

| Total fees charged in 2017 | $25.00 |
|---|---|
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation

Days in billing cycle: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $338.98 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,106.00 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 06/06/2017 to allow enough time for regular mail to reach us.

**From This Billing Period:**

☐ Interest:       **$69.92**



TOTAL SAVINGS
$69.92

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$575.73**

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: 740
Billing Period: **05/16/17-06/15/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## JUNE STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$80.00** |
| **New balance as of 06/15/17:** | **$5,358.12** |
| **Payment due date:** | **07/13/17** |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 year(s) | $10,626 |
| $166 | 3 year(s) | $5,976 (Savings=$4,650) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Account Summary

| | |
|---|---|
| Previous balance | $5,439.12 |
| Payments | -$81.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,358.12** |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $241 |
| Includes $241 available for cash advances | |

$652.24

| | |
|---|---|
| **Minimum payment due** | **$80.00** |
| **New balance** | **$5,358.12** |
| **Payment due date** | **07/13/17** |

**Amount enclosed:**

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 05/25 | ONLINE PAYMENT, THANK YOU | $81.00 |
|---|---|---|---|
| | | 70   0000US     0000 | |

## Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

## Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

## 2017 totals year-to-date

| Total fees charged in 2017 | $25.00 |
|---|---|
| Total interest charged in 2017 | $0.00 |

## Interest charge calculation

Days in billing cycle: **31**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $275.64 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,106.00 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 25.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 07/06/2017 to allow enough time for regular mail to reach us.

**From This Billing Period:**

 Interest:       $76.51



**TOTAL SAVINGS**
$76.51

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$652.24**

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» **For complete details, go to citieasydeals.com**

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▌740
Billing Period: **06/16/17-07/17/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## JULY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$79.00** |
| **New balance as of 07/17/17:** | **$5,278.12** |
| **Payment due date:** | **08/13/17** |

## Account Summary

| | |
|---|---|
| Previous balance | $5,358.12 |
| Payments | -$80.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,278.12** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 year(s) | $10,634 |
| $165 | 3 year(s) | $5,940 (Savings=$4,694) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $321 |
| Includes $321 available for cash advances | |

$731.01

| | |
|---|---|
| **Minimum payment due** | **$79.00** |
| **New balance** | **$5,278.12** |
| **Payment due date** | **08/13/17** |

**Amount enclosed:**

Account number ending in ▌740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | Amount |
|---|---|---|---|---|
| | | **Payments, Credits and Adjustments** | | |
| | 06/20 | ONLINE PAYMENT, THANK YOU | | $80.00 |
| | | 70    0000US           0000 | | |

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | $25.00 |
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation

Days in billing cycle: **32**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $182.12 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,106.00 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Reminder: Verify your account transactions
If you contacted Customer Service regarding an issue with your account, please review your statement to confirm that all your transactions were processed correctly. If you have any questions, visit citi.com or call the number on the back of your card. Citi's telecommunication number for hearing- and speech-impaired customers is located on your billing statement and in the "Contact Us" section on citi.com.

**From This Billing Period:**

☐ Interest:          **$78.77**



TOTAL
SAVINGS
$78.77

**CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
$731.01**

To find out your current tier:
Visit citieasydeals.com or call the
number provided above.

Deals you can access, by tier:

**Base Tier**
▪ Minimum Annual Purchases: $0.00
▪ Coupons for local dining and shopping

**Enhanced Tier**
▪ Minimum Annual Purchases: $100
▪ Base tier benefit
▪ Plus deals on gift cards and magazines

**Plus Tier**
▪ Minimum Annual Purchases: $500
▪ Base and Enhanced tier benefits
▪ Plus deals on merchandise, travel and daily deals

» For complete details, go to
citieasydeals.com

## SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 08/06/2017 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▉740
Billing Period: **07/18/17-08/15/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## AUGUST STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$77.00** |
| **New balance as of 08/15/17:** | **$5,199.12** |
| **Payment due date:** | **09/13/17** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,555 |
| $164 | 3 year(s) | $5,904 (Savings=$4,651) |

For information about credit counseling services, call 1·877·337·8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1·877·226·5697.

## Account Summary

| | |
|---|---|
| Previous balance | $5,278.12 |
| Payments | -$79.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,199.12** |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $400 |
| Includes $400 available for cash advances | |

$802.01

| | |
|---|---|
| **Minimum payment due** | **$77.00** |
| **New balance** | **$5,199.12** |
| **Payment due date** | **09/13/17** |

**Amount enclosed:**

Account number ending in ▉740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| **Payments, Credits and Adjustments** | | | | | |
| 08/09 | | ONLINE PAYMENT, THANK YOU | | | $79.00 |
| | 70 | 0000US | 0000 | | |

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

## 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | $25.00 |
| Total Interest charged in 2017 | $0.00 |

## Interest charge calculation

Days in billing cycle: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $153.05 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,106.00 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 09/06/2017 to allow enough time for regular mail to reach us.



**From This Billing Period:**

Interest: $71.00



TOTAL
SAVINGS
$71.00

**CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
$802.01**

To find out your current tier:
Visit citieasydeals.com or call the
number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▌740
Billing Period: **08/16/17-09/15/17**

**www.citicards.com**
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## SEPTEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$76.00** |
| **New balance as of 09/15/17:** | **$5,122.12** |
| **Payment due date:** | **10/13/17** |

### Account Summary

| | |
|---|---|
| Previous balance | $5,199.12 |
| Payments | -$77.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$5,122.12** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $477 |
| Includes $477 available for cash advances | |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,478 |
| $164 | 3 year(s) | $5,904 (Savings=$4,574) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**$876.64**

| | |
|---|---|
| **Minimum payment due** | **$76.00** |
| **New balance** | **$5,122.12** |
| **Payment due date** | **10/13/17** |

**Amount enclosed:**

Account number ending in ▌740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

www.citicards.com                    Customer Service 1-800-823-4086        Page 2 of 3
                                     TTY hearing impaired services only 1 800 325 2865
SARAH LEBOVITS

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| 09/05 | | ONLINE PAYMENT, THANK YOU | $77.00 |
| | 70 | 0000US    0000 | |

## Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

## Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

### 2017 totals year-to-date

| Total fees charged in 2017 | $25.00 |
|---|---|
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation
Days in billing cycle: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch (Introductory Rate Expires 06/21/18) | 0.00% | $65.80 (D) | $0.00 |
| Offer 4 (Balance Transfer Rate Expires 06/22/18) | 0.00% | $5,106.00 (D) | $0.00 |
| **ADVANCES** | | | |
| Standard Adv | 26.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
The American Red Cross is accepting donations to support their work in providing shelter, food, emotional support and other assistance in response to disasters. Visit www.redcross.org, call 1-800-RED-CROSS, or text REDCROSS to 90999 to make a $10 donation. Citi ThankYou® Rewards members can also use their points to make a donation to the American Red Cross at www.thankyou.com. Contributions may also be sent to your local American Red Cross chapter or to the American Red Cross, P.O. Box 37243, Washington, D.C. 20013.

**From This Billing Period:**
Interest:            $74.63



**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$876.64**

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 10/06/2017 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: █740
Billing Period: **09/16/17-10/16/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## OCTOBER  STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$153.00** |
| **New balance as of 10/16/17:** | **$5,147.12** |
| **Payment due date:** | **11/13/17** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,534 |
| $166 | 3 year(s) | $5,976 (Savings=$4,558) |

For information about credit counseling services, call 1-877-337-8188. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $76.00.

### Account Summary

| | |
|---|---|
| Previous balance | $5,122.12 |
| Payments | –$0.00 |
| Credits | –$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$25.00 |
| Interest | +$0.00 |
| **New balance** | **$5,147.12** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,600 |
| Includes $1,700 cash advance limit | |
| Available credit | $452 |
| Includes $452 available for cash advances | |

**$950.55**

| | |
|---|---|
| **Minimum payment due** | **$153.00** |
| **New balance** | **$5,147.12** |
| **Payment due date** | **11/13/17** |

**Amount enclosed:**

Account number ending in █740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 10/16 | MEMBERSHIP FEE OCT 17 SEP 18 | $0.00 |
| 00000000 74 | 0000 | |
| 10/16 | LATE FEE  SEP PAYMENT PAST DUE | $25.00 |
| 00000000 66 | 0000 | |
| **Total fees charged in this billing period** | | **$25.00** |

### Interest charged

| | |
|---|---|
| **Total interest charged in this billing period** | **$0.00** |

### 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | $50.00 |
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation

Days in billing cycle: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $16.12 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,106.00 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

**From This Billing Period:**

■ Interest:  $73.91



**TOTAL SAVINGS**
$73.91

CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
**$950.55**

To find out your current tier:
Visit citieasydeals.com or call the
number provided above.

Deals you can access, by tier:

**Base Tier**
■ Minimum Annual Purchases: $0.00
■ Coupons for local dining and shopping

**Enhanced Tier**
■ Minimum Annual Purchases: $100
■ Base tier benefit
■ Plus deals on gift cards and magazines

**Plus Tier**
■ Minimum Annual Purchases: $500
■ Base and Enhanced tier benefits
■ Plus deals on merchandise, travel and daily deals

» For complete details, go to
citieasydeals.com

If we need to contact you about your account, our records show your phone number(s) as 845-425-6270 (mobile). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 11/06/2017 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: 740
Billing Period: 10/17/17-11/15/17

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## NOVEMBER STATEMENT
| | |
|---|---|
| **Minimum payment due:** | **$74.00** |
| **New balance as of 11/15/17:** | **$4,994.12** |
| **Payment due date:** | **12/13/17** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,381 |
| $163 | 3 year(s) | $5,868 (Savings=$4,513) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Account Summary
| | |
|---|---|
| Previous balance | $5,147.12 |
| Payments | -$153.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$4,994.12** |

## Credit Limit
| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $125 |

**$1,020.86**

| | |
|---|---|
| **Minimum payment due** | **$74.00** |
| **New balance** | **$4,994.12** |
| **Payment due date** | **12/13/17** |

**Amount enclosed:**

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| | | **Payments, Credits and Adjustments** | | | |
| | 10/25 | ONLINE PAYMENT, THANK YOU | | | $153.00 |
| | | 70    0000US | 0000 | | |

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | **$0.00** |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | **$0.00** |

### 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | **$50.00** |
| Total interest charged in 2017 | **$0.00** |

### Interest charge calculation

Days in billing cycle: **30**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $10.97 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $5,023.95 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

The American Red Cross is accepting donations to support their work in providing shelter, food, emotional support and other assistance in response to disasters. Visit www.redcross.org, call 1-800-RED-CROSS, or text REDCROSS to 90999 to make a $10 donation. Citi ThankYou® Rewards members can also use their points to make a donation to the American Red Cross at www.thankyou.com. Contributions may also be sent to your local American Red Cross chapter or to the American Red Cross, P.O. Box 37243, Washington, D.C. 20013.

**From This Billing Period:**

 Interest: **$70.31**



TOTAL
SAVINGS
$70.31

**CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
$1,020.86**

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

## SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 12/06/2017 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▮740
Billing Period: **11/16/17-12/15/17**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## DECEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$73.00** |
| **New balance as of 12/15/17:** | **$4,920.12** |
| **Payment due date:** | **01/13/18** |

### Account Summary

| | |
|---|---|
| Previous balance | $4,994.12 |
| Payments | -$74.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$4,920.12** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $199 |

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,307 |
| $162 | 3 year(s) | $5,832 (Savings=$4,475) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**$1,089.57**

| | |
|---|---|
| **Minimum payment due** | **$73.00** |
| **New balance** | **$4,920.12** |
| **Payment due date** | **01/13/18** |

**Amount enclosed:**

Account number ending in ▮740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| 11/16 | | ONLINE PAYMENT, THANK YOU | $74.00 |
| | 70 | 0000US | 0000 | |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | $50.00 |
| Total interest charged in 2017 | $0.00 |

### Interest charge calculation

Days in billing cycle: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $4,920.12 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

The American Red Cross is accepting donations to support their work in providing shelter, food, emotional support and other assistance in response to disasters. Visit www.redcross.org, call 1-800-RED-CROSS, or text REDCROSS to 90999 to make a $10 donation. Citi ThankYou® Rewards members can also use their points to make a donation to the American Red Cross at www.thankyou.com. Contributions may also be sent to your local American Red Cross chapter or to the American Red Cross, P.O. Box 37243, Washington, D.C. 20013.



**From This Billing Period:**

☐ Interest: **$68.71**



TOTAL SAVINGS
$68.71

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,089.57**

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
▪ Minimum Annual Purchases: $0.00
▪ Coupons for local dining and shopping

**Enhanced Tier**
▪ Minimum Annual Purchases: $100
▪ Base tier benefit
▪ Plus deals on gift cards and magazines

**Plus Tier**
▪ Minimum Annual Purchases: $500
▪ Base and Enhanced tier benefits
▪ Plus deals on merchandise, travel and daily deals

» **For complete details, go to citieasydeals.com**

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 01/06/2018 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▮740
Billing Period: **12/16/17-01/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## JANUARY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$72.00** |
| **New balance as of 01/15/18:** | **$4,847.12** |
| **Payment due date:** | **02/13/18** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,322 |
| $162 | 3 year(s) | $5,832 (Savings=$4,490) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Account Summary

| | |
|---|---|
| Previous balance | $4,920.12 |
| Payments | -$73.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$4,847.12** |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $272 |

**$1,160.95**

| | |
|---|---|
| **Minimum payment due** | **$72.00** |
| **New balance** | **$4,847.12** |
| **Payment due date** | **02/13/18** |

**Amount enclosed:**

Account number ending in ▮740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| 12/28 | | ONLINE PAYMENT, THANK YOU | $73.00 |
| | 70 | 0000US          0000 | |

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $0.00 |
| Total interest charged in 2018 | $0.00 |

### Interest charge calculation

Days in billing cycle: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $4,875.38 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 02/06/2018 to allow enough time for regular mail to reach us.

**From This Billing Period:**

 Interest:          $71.38



**TOTAL
SAVINGS**
$71.38

**CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
$1,160.95**

To find out your current tier:
Visit citieasydeals.com or call the
number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» **For complete details, go to
citieasydeals.com**

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▌740
Billing Period: **01/16/18-02/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## FEBRUARY STATEMENT

| | |
|---|---|
| Minimum payment due: | **$155.00** |
| New balance as of 02/15/18: | **$4,882.12** |
| Payment due date: | **03/13/18** |

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $72.00.

### Account Summary

| | |
|---|---|
| Previous balance | $4,847.12 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$0.00 |
| **New balance** | **$4,882.12** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $237 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,390 |
| $165 | 3 year(s) | $5,940 (Savings=$4,450) |

For information about credit counseling services, call 1·877·337·8188. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1·877·226·5697.

**$1,231.92**

| | |
|---|---|
| **Minimum payment due** | **$155.00** |
| **New balance** | **$4,882.12** |
| **Payment due date** | **03/13/18** |

**Amount enclosed:**

Account number ending in ▌740

**SARAH LEBOVITS**
20 WIENER DR
UNIT 301
MONSEY  NY  10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 02/15 | LATE FEE  JAN PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| | |
|---|---|
| **Total interest charged in this billing period** | **$0.00** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $35.00 |
| Total interest charged in 2018 | $0.00 |

### Interest charge calculation

**Days in billing cycle: 31**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $4,847.12 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

**From This Billing Period:**

☐ Interest: **$70.97**



**TOTAL SAVINGS**
$70.97

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,231.92**

**To find out your current tier:**
Visit citieasydeals.com or call the number provided above.

**Deals you can access, by tier:**

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» **For complete details, go to citieasydeals.com**

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 03/06/2018 to allow enough time for regular mail to reach us.

**SARAH LEBOVITS**
Member Since 2016  Account number ending in: ▌740
Billing Period: **02/16/18-03/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY hearing impaired services only 1 800 325 2865
BOX 6500 SIOUX FALLS, SD 57117

## MARCH STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$70.00** |
| **New balance as of 03/15/18:** | **$4,727.12** |
| **Payment due date:** | **04/13/18** |

## Account Summary

| | |
|---|---|
| Previous balance | $4,882.12 |
| Payments | -$155.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$4,727.12** |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $392 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,235 |
| $162 | 3 year(s) | $5,832 (Savings=$4,403) |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**$1,295.17**

| | |
|---|---|
| **Minimum payment due** | **$70.00** |
| **New balance** | **$4,727.12** |
| **Payment due date** | **04/13/18** |

**Amount enclosed:**

Account number ending in ▌740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952 1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176 0166

## Account Summary

| Trans. date | Post date | Description | | Amount |
|---|---|---|---|---|

**Payments, Credits and Adjustments**

| | 02/26 | ONLINE PAYMENT, THANK YOU | | $155.00 |
|---|---|---|---|---|
| | | 70    0000US | 0000 | |

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

### 2018 totals year-to-date

| Total fees charged in 2018 | $35.00 |
|---|---|
| Total interest charged in 2018 | $0.00 |

### Interest charge calculation

Days in billing cycle: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $12.50 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| Offer 4 | 0.00% | $4,769.98 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 04/06/2018 to allow enough time for regular mail to reach us.

**From This Billing Period:**

 Interest:          $63.25



TOTAL SAVINGS

$63.25

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,295.17**

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: 740
Billing Period:**03/16/18-04/16/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### APRIL STATEMENT

| | |
|---|---|
| Minimum payment due: | $152.00 |
| New balance as of 04/16/18: | $4,762.12 |
| Payment due date: | 05/13/18 |

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $70.00.

### Account Summary

| | |
|---|---|
| Previous balance | $4,727.12 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$0.00 |
| **New balance** | **$4,762.12** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $357 |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,385 |
| $166 | 3 year(s) | $5,976 (Savings=$4,409) |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

$1,367.66

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| Minimum payment due | $152.00 |
| New balance | $4,762.12 |
| Payment due date | 05/13/18 |

**Amount enclosed:**

000000 MC 00 A 0

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0015200 0476212 0015500 740 1119



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 04/16 | LATE FEE - MAR PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| | |
|---|---|
| **Total interest charged in this billing period** | **$0.00** |

### 2018 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2018** | **$70.00** |
| **Total interest charged in 2018** | **$0.00** |

### Interest charge calculation

Days in billing cycle: **32**

Your **Annual Percentage Rate (APR)**is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| BalTrnOffer 4 | 0.00% | $4,727.12 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

If we need to contact you about your account, our records show your phone number(s) as 845-425-6270 (mobile). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.



# Savings Spotlight
## Your Citi® Diamond Preferred® Savings Summary

**From This Billing Period:**

■ Interest:  $72.49

**TOTAL SAVINGS**
$72.49

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
$1,367.66

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

To find out your current tier: Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
Minimum Annual Purchases: $0.00
Coupons for local dining and shopping

**Enhanced Tier**
■ Minimum Annual Purchases: $100
■ Base tier benefit
■ Plus deals on gift cards and magazines

**Plus Tier**
■ Minimum Annual Purchases: $500
■ Base and Enhanced tier benefits
■ Plus deals on merchandise, travel and daily deals

» **For complete details, go to citieasydeals.com**

**SARAH LEBOVITS**

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 05/06/2018 to allow enough time for regular mail to reach us.

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: 740
Billing Period:**04/17/18-05/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### MAY STATEMENT

| | |
|---|---|
| Minimum payment due: | $69.00 |
| New balance as of 05/15/18: | $4,610.12 |
| Payment due date: | 06/13/18 |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,233 |
| $163 | 3 year(s) | $5,868 (Savings=$4,365) |

For information about credit counseling services, call 1-877-337-8187New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

### Account Summary

| | |
|---|---|
| Previous balance | $4,762.12 |
| Payments | -$152.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$4,610.12** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $509 |



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

$1,432.09

See page 3 to view your Savings Summary.

Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online



To download:
Text **'App15'** to MyCiti **(692484)**
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| Minimum payment due | $69.00 |
| New balance | $4,610.12 |
| Payment due date | 06/13/18 |

Amount enclosed:

000000 MC 00 A 0

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0006900 0461012 0015200        740 1115

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 04/22 | ONLINE PAYMENT, THANK YOU | -$152.00 |

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Total interest charged in this billing period | $0.00 |
|---|---|

### 2018 totals year-to-date

| Total fees charged in 2018 | $70.00 |
|---|---|
| Total interest charged in 2018 | $0.00 |

### Interest charge calculation

Days in billing cycle: **29**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $6.03 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| BalTrnOffer 4 | 0.00% | $4,630.29 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 06/06/2018 to allow enough time for regular mail to reach us.



## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

**From This Billing Period:**
- Interest: **$64.43**



**TOTAL SAVINGS**
$64.43

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,432.09**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

To find out your current tier:
Visit citieasydeals.com or call the number provided above.

**Deals you can access, by tier:**

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» **For complete details, go to citieasydeals.com**

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: ▊740
Billing Period:**05/16/18-06/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### JUNE STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$150.00** |
| **New balance as of 06/15/18:** | **$4,645.12** |
| **Payment due date:** | **07/13/18** |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,302 |
| $167 | 3 year(s) | $6,012 (Savings=$4,290) |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $69.00.

### Account Summary

| | |
|---|---|
| Previous balance | $4,610.12 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$0.00 |
| **New balance** | **$4,645.12** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $474 |



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,500.57**

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
**Text 'App15' to MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$150.00** |
| **New balance** | **$4,645.12** |
| **Payment due date** | **07/13/18** |

**Amount enclosed:**

000000 MC 00 A 0

Account number ending in ▊740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0015000 0464512 0015200 ▊▊▊▊ 740 1111



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 06/15 | LATE FEE - MAY PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| | |
|---|---|
| **Total interest charged in this billing period** | **$0.00** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $105.00 |
| Total interest charged in 2018 | $0.00 |

### Interest charge calculation

Days in billing cycle: 31

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $0.00 (D) | $0.00 |
| (Introductory Rate Expires 06/21/18) | | | |
| BalTrnOffer 4 | 0.00% | $4,610.12 (D) | $0.00 |
| (Balance Transfer Rate Expires 06/22/18) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 07/06/2018 to allow enough time for regular mail to reach us.



## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

**From This Billing Period:**
- Interest: **$68.48**

**TOTAL SAVINGS**
$68.48

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,500.57**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

To find out your current tier: Visit citieasydeals.com or call the number provided above.

**Deals you can access, by tier:**

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» **For complete details, go to citieasydeals.com**


**SARAH LEBOVITS**
Member Since 2016 Account number ending in: ▮740
Billing Period:**06/16/18-07/16/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### JULY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$97.73** |
| **New balance as of 07/16/18:** | **$4,547.85** |
| **Payment due date:** | **08/13/18** |

### Account Summary

| | |
|---|---|
| Previous balance | $4,645.12 |
| Payments | -$150.00 |
| Credits | -$4,495.12 |
| Purchases | +$4,495.12 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$52.73 |
| **New balance** | **$4,547.85** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $572 |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,322 |
| $164 | 3 year(s) | $5,904 (Savings=$4,418) |

For information about credit counseling services, call 1-877-337-8187New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| **Minimum payment due** | **$97.73** |
| **New balance** | **$4,547.85** |
| **Payment due date** | **08/13/18** |

**Amount enclosed:**

000000 MC 00 A 0

Account number ending in ▮740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0009773 0454785 0015000 ▮▮▮▮ 740 1115

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 06/19 | ONLINE PAYMENT, THANK YOU | -$150.00 |
| | 06/23 | OFFER 04 PROMOTIONAL APR ENDED 06/22/18 | -$4,495.12 |

**Standard Purchases**

| | 06/23 | OFFER 04 MOVED TO STANDARD PURCH | $4,495.12 |

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 07/16 | INTEREST CHARGED TO STANDARD PURCH | $52.73 |
| **Total interest charged in this billing period** | | **$52.73** |

## 2018 totals year-to-date

| Total fees charged in 2018 | $105.00 |
|---|---|
| Total interest charged in 2018 | $52.73 |

## Interest charge calculation

Days in billing cycle: 31

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch (Introductory Rate Expired 06/21/18) | 0.00% | $17.50 (D) | $0.00 |
| Standard Purch (Standard Purchase Rate After 06/21/18) | 17.74% (V) | $4,339.52 (D) | $52.73 |
| BalTrnOffer 4 (Balance Transfer Rate Expired 06/22/18) | 0.00% | $1,026.16 (D) | $0.00 |
| **ADVANCES** | | | |
| Standard Adv | 26.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

An offer has expired. For each expired offer, this month's statement shows a corresponding debit and credit transaction to move the remaining offer balance to the standard APR for purchases. Individual transactions made before offer expiration may also have corresponding debit and credit transactions if the transaction was received by us after the expiration date.



# Savings Spotlight

## Your Citi® Diamond Preferred® Savings Summary

**From This Billing Period:**

■ Interest: **$15.51**



**TOTAL SAVINGS**
$15.51

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,516.08**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

**To find out your current tier: Visit citieasydeals.com or call the number provided above.**

Deals you can access, by tier:

**Base Tier**
Minimum Annual Purchases: $0.00
▪ Coupons for local dining and shopping

**Enhanced Tier**
▪ Minimum Annual Purchases: $100
▪ Base tier benefit
▪ Plus deals on gift cards and magazines

**Plus Tier**
▪ Minimum Annual Purchases: $500
▪ Base and Enhanced tier benefits
▪ Plus deals on merchandise, travel and daily deals

» **For complete details, go to citieasydeals.com**

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 08/06/2018 to allow enough time for regular mail to reach us.

# Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: ▮740
Billing Period: **07/17/18-08/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

## AUGUST STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$110.49** |
| **New balance as of 08/15/18:** | **$4,515.61** |
| **Payment due date:** | **09/13/18** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,223 |
| $163 | 3 year(s) | $5,868 (Savings=$4,355) |

For information about credit counseling services, call 1-877-337-8187 New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Account Summary

| | |
|---|---|
| Previous balance | $4,547.85 |
| Payments | -$97.73 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$65.49 |
| **New balance** | **$4,515.61** |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $604 |



# Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

**See page 3 to view your Savings Summary.**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to MyCiti **(692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$110.49** |
| **New balance** | **$4,515.61** |
| **Payment due date** | **09/13/18** |

**Amount enclosed:**

Account number ending in ▮740

000000 MC 00 A 0

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0011049 0451561 0009700 ▮▮▮▮▮▮▮ 740 1113



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Payments, Credits and Adjustments

| | 07/20 | ONLINE PAYMENT, THANK YOU | -$97.73 |
|---|---|---|---|

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 08/15 | INTEREST CHARGED TO STANDARD PURCH | $65.49 |
| **Total interest charged in this billing period** | | **$65.49** |

### 2018 totals year-to-date

| Total fees charged in 2018 | $105.00 |
|---|---|
| Total interest charged in 2018 | $118.22 |

### Interest charge calculation

Days in billing cycle: **30**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 17.74% | $4,491.53 (D) | $65.49 |
| **ADVANCES** | | | |
| Standard Adv | 26.99% | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 09/06/2018 to allow enough time for regular mail to reach us.



# Savings Spotlight
## Your Citi® Diamond Preferred® Savings Summary

### Citi Diamond Preferred Lifetime Savings

| ▨ Interest: | $1,516.08 |
|---|---|

**CITI DIAMOND PREFERRED LIFETIME SAVINGS: $1,516.08**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

To find out your current tier: Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: ▉740
Billing Period:**08/16/18-09/17/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### SEPTEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$116.18** |
| **New balance as of 09/17/18:** | **$4,477.30** |
| **Payment due date:** | **10/13/18** |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,118 |
| $161 | 3 year(s) | $5,796 (Savings=$4,322) |

For information about credit counseling services, call 1-877-337-8187New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

### Account Summary

| | |
|---|---|
| Previous balance | $4,515.61 |
| Payments | -$110.49 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$72.18 |
| **New balance** | **$4,477.30** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $642 |



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

---

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to MyCiti **(692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$116.18** |
| **New balance** | **$4,477.30** |
| **Payment due date** | **10/13/18** |

**Amount enclosed:**

000000 MC 00 A 0

Account number ending in ▉740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0011618 0447730 0011000 ▉▉▉▉ 740 1115

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 09/03 | ONLINE PAYMENT, THANK YOU | -$110.49 |

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 09/17 | INTEREST CHARGED TO STANDARD PURCH | $72.18 |
| Total Interest charged in this billing period | | $72.18 |

### 2018 totals year-to-date

| Total fees charged in 2018 | $105.00 |
|---|---|
| Total interest charged in 2018 | $190.40 |

### Interest charge calculation

Days in billing cycle: **33**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 17.74% (V) | $4,500.51 (D) | $72.18 |
| ADVANCES | | | |
| Standard Adv | 26.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 10/06/2018 to allow enough time for regular mail to reach us.



# Savings Spotlight
## Your Citi® Diamond Preferred® Savings Summary

### Citi Diamond Preferred Lifetime Savings

| ■ Interest: | $1,516.08 |
|---|---|



**CITI DIAMOND PREFERRED LIFETIME SAVINGS: $1,516.08**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

To find out your current tier: Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
- Minimum Annual Purchases: $0.00
- Coupons for local dining and shopping

**Enhanced Tier**
- Minimum Annual Purchases: $100
- Base tier benefit
- Plus deals on gift cards and magazines

**Plus Tier**
- Minimum Annual Purchases: $500
- Base and Enhanced tier benefits
- Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: ▇740
Billing Period:**09/18/18-10/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### OCTOBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$258.39** |
| **New balance as of 10/15/18:** | **$4,574.51** |
| **Payment due date:** | **11/13/18** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,238 |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $116.18.

### Account Summary

| | |
|---|---|
| Previous balance | $4,477.30 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$62.21 |
| **New balance** | **$4,574.51** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $545 |



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to MyCiti (692484) or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| **Minimum payment due** | **$258.39** |
| **New balance** | **$4,574.51** |
| **Payment due date** | **11/13/18** |

**Amount enclosed:**

000000 MC 00 A 0

Account number ending in ▇740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166



## NOTICE OF CHANGES TO YOUR INTEREST RATES

You have triggered the Penalty APR of 29.990% by making a late payment and due to your credit performance. This change will impact your account as follows:

**Transactions made on or after 11/05/2018:**As of 12/18/2018, the Penalty APR will apply to these transactions. We may keep the APR at this level indefinitely.

**Transactions made before 11/05/2018:**Current rates will continue to apply to these transactions. However, if you become more than 60 days late on your account, the Penalty APR will apply to these transactions as well.

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 10/15 | LATE FEE - SEP PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 10/15 | INTEREST CHARGED TO STANDARD PURCH | $62.21 |
| **Total interest charged in this billing period** | | **$62.21** |

## 2018 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2018** | **$140.00** |
| **Total interest charged in 2018** | **$252.61** |

## Interest charge calculation

Your **Annual Percentage Rate (APR)**is the annual interest rate on your account.

Days in billing cycle: 28

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 17.99% (V) | $4,507.22 (D) | $62.21 |
| ADVANCES | | | |
| Standard Adv | 27.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).



## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

**Citi Diamond Preferred Lifetime Savings**

■ Interest:                    $1,516.08

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,516.08**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

**To find out your current tier:** Visit citieasydeals.com or call the number provided above.

**Deals you can access, by tier:**

**Base Tier**
■ Minimum Annual Purchases: $0.00
■ Coupons for local dining and shopping

**Enhanced Tier**
■ Minimum Annual Purchases: $100
■ Base tier benefit
■ Plus deals on gift cards and magazines

**Plus Tier**
■ Minimum Annual Purchases: $500
■ Base and Enhanced tier benefits
■ Plus deals on merchandise, travel and daily deals

**» For complete details, go to citieasydeals.com**

## Account messages

### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

If we need to contact you about your account, our records show your phone number(s) as 845-425-6270 (mobile). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 11/06/2018 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: 740
Billing Period:**10/16/18-11/15/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### NOVEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$409.81** |
| **New balance as of 11/15/18:** | **$4,679.93** |
| **Payment due date:** | **12/13/18** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $10,271 |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $258.39.

### Account Summary

| | |
|---|---|
| Previous balance | $4,574.51 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$70.42 |
| **New balance** | **$4,679.93** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $440 |



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to MyCiti **(692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$409.81** |
| **New balance** | **$4,679.93** |
| **Payment due date** | **12/13/18** |

**Amount enclosed:**

Account number ending in 740

000000 MC 00 A 0

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0040981 0467993 0011000 ⬛⬛⬛⬛⬛⬛ 740 1112

www.citicards.com
Customer Service 1-800-823-4086
Page 2 of 3
TTY·hearing·impaired services only 1-800-325-2865

SARAH LEBOVITS



| Important Changes to Your Account Terms |
|---|

The following is a summary of changes being made to your account terms. These changes will take effect on 01/16/19. For more information, please see **"Details About the Changes"** below.

You have the right to reject these changes. However, if you reject these changes, you will no longer be able to use your account for new transactions. You can reject these changes by calling us at 1·866·915·9424 by 01/16/19.

| Revised Terms as of 01/16/19 | |
|---|---|
| Late Fee | Up to $39 |
| Returned Payment Fee | Up to $39 |

**Details About the Changes:**

The following paragraphs replace the corresponding paragraphs in Section 4 of your Card Agreement in the "Fees" section.

**Late Fee:** Up to $39. We have the right to charge you a late fee if you don't pay at least an amount equal to the Minimum Payment Due minus any Overlimit Amount by the payment due date. The late fee is $28 and, if you make another Late Payment Within the next 6 Billing Periods the late fee will be $39. The amount of your late fee will never be higher than your Minimum Payment Due.

**Returned Payment Fee:** Up to $39. We have the right to charge you a Returned Payment fee of $28 if your bank doesn't honor your payment. If that happens, we'll resubmit the payment request. If your bank doesn't honor another payment within 6 consecutive Billing Periods, the Returned Payment fee will go up to $39.

This amends your Card Agreement. Please keep this information for future reference.

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 11/15 | LATE FEE · OCT PAYMENT PAST DUE | $35.00 |
| | Total fees charged in this billing period | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/15 | INTEREST CHARGED TO PUR PR·11/05/18. | $70.42 |
| | Total interest charged in this billing period | **$70.42** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $175.00 |
| Total interest charged in 2018 | $323.03 |



## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

**Citi Diamond Preferred Lifetime Savings**

■ Interest: $1,516.08

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,516.08**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

**To find out your current tier:**
Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
Minimum Annual Purchases: $0.00
Coupons for local dining and shopping

**Enhanced Tier**
■ Minimum Annual Purchases: $100
■ Base tier benefit
■ Plus deals on gift cards and magazines

**Plus Tier**
■ Minimum Annual Purchases: $500
■ Base and Enhanced tier benefits
■ Plus deals on merchandise, travel and daily deals

**» For complete details, go to citieasydeals.com**

## Interest charge calculation

Days in billing cycle: **31**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 17.99% (V) | $0.00 (D) | $0.00 |
| Pur Pr 110518 | 17.99% (V) | $4,608.49 (D) | $70.42 |
| ADVANCES | | | |
| Standard Adv | 27.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 12/06/2018 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: 740
Billing Period:11/16/18-12/17/18

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### DECEMBER STATEMENT

| | |
|---|---|
| Minimum payment due: | $567.20 |
| New balance as of 12/17/18: | $4,789.32 |
| Payment due date: | 01/13/19 |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 year(s) | $10,201 |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $409.81.

### Account Summary

| | |
|---|---|
| Previous balance | $4,679.93 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$74.39 |
| **New balance** | **$4,789.32** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $330 |



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to MyCiti **(692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$567.20** |
| **New balance** | **$4,789.32** |
| **Payment due date** | 01/13/19 |

**Amount enclosed:**

000000 MC 00 A 0

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0056720 0478932 0011000 ▌ 740 1119



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 12/17 | LATE FEE - NOV PAYMENT PAST DUE | $35.00 |
| | **Total fees charged in this billing period** | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 12/17 | INTEREST CHARGED TO STANDARD PURCH | $0.56 |
| 12/17 | INTEREST CHARGED TO PUR PR-11/05/18. | $73.83 |
| | **Total interest charged in this billing period** | **$74.39** |

### 2018 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2018** | **$210.00** |
| **Total interest charged in 2018** | **$397.42** |

### Interest charge calculation

Days in billing cycle: **32**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 17.99% (V) | $35.27 (D) | $0.56 |
| Pur Pr 110518 | 17.99% (V) | $4,680.59 (D) | $73.83 |
| **ADVANCES** | | | |
| Standard Adv | 27.24% (V) | $0.00 (D) | $0.00 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

**Citi Diamond Preferred Lifetime Savings**



▨ Interest: $1,516.08

CITI DIAMOND PREFERRED LIFETIME SAVINGS:
**$1,516.08**

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

To find out your current tier: Visit citieasydeals.com or call the number provided above.

Deals you can access, by tier:

**Base Tier**
Minimum Annual Purchases: $0.00
Coupons for local dining and shopping

**Enhanced Tier**
▪ Minimum Annual Purchases: $100
▪ Base tier benefit
▪ Plus deals on gift cards and magazines

**Plus Tier**
▪ Minimum Annual Purchases: $500
▪ Base and Enhanced tier benefits
▪ Plus deals on merchandise, travel and daily deals

**» For complete details, go to citieasydeals.com**

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 01/06/2019 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: 740
Billing Period:**12/18/18-01/15/19**

**www.citicards.com**
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### JANUARY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$721.09** |
| **New balance as of 01/15/19:** | **$4,894.21** |
| **Payment due date:** | **02/13/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 year(s) | $10,318 |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $567.20.

### Account Summary

| | |
|---|---|
| Previous balance | $4,789.32 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$69.89 |
| **New balance** | **$4,894.21** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |
| Includes $0 cash advance limit | |
| Available credit | $225 |



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$721.09** |
| **New balance** | **$4,894.21** |
| **Payment due date** | **02/13/19** |

**Amount enclosed:**

000000 MC 00 A 0

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0072109 0489421 0011000 740 1118

## NOTICE OF CHANGES TO YOUR INTEREST RATES

You have triggered the Penalty APR of 29.990% by making a late payment and due to your credit performance. This change will impact your account as follows:

**Transactions made on or after 02/05/2019:**As of 03/16/2019, the Penalty APR will apply to these transactions. We may keep the APR at this level indefinitely.

**Transactions made before 02/05/2019:**Current rates will continue to apply to these transactions. However, if you become more than 60 days late on your account, the Penalty APR will apply to these transactions as well.

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 01/15 | LATE FEE - DEC PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 01/15 | INTEREST CHARGED TO STANDARD PURCH | $1.03 |
| 01/15 | INTEREST CHARGED TO PUR PR-02/05/19. | $68.86 |
| **Total interest charged in this billing period** | | **$69.89** |

### 2019 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2019** | **$35.00** |
| **Total interest charged in 2019** | **$69.89** |

### Interest charge calculation

Days in billing cycle: **29**

Your **Annual Percentage Rate (APR)**is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 18.24% (V) | $71.06 (D) | $1.03 |
| Pur Pr 110518 | 18.24% (V) | $4,751.92 (D) | $68.86 |
| **ADVANCES** | | | |
| Standard Adv | 27.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).



# Savings Spotlight

## Your Citi® Diamond Preferred® Savings Summary

### Citi Diamond Preferred Lifetime Savings

■ Interest: $1,516.08

### CITI DIAMOND PREFERRED LIFETIME SAVINGS: $1,516.08

**See Account Messages for more information about Savings Spotlight**

## Citi Easy Deals™

To find out your current tier: Visit citieasydeals.com or call the number provided above.

### Deals you can access, by tier:

**Base Tier**
Minimum Annual Purchases: $0.00
Coupons for local dining and shopping

**Enhanced Tier**
▫ Minimum Annual Purchases: $100
■ Base tier benefit
■ Plus deals on gift cards and magazines

**Plus Tier**
■ Minimum Annual Purchases: $500
■ Base and Enhanced tier benefits
■ Plus deals on merchandise, travel and daily deals

**» For complete details, go to citieasydeals.com**

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 02/06/2019 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: 740
Billing Period:**01/16/19-02/15/19**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### FEBRUARY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$882.48** |
| **New balance as of 02/15/19:** | **$5,005.60** |
| **Payment due date:** | **03/13/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 year(s) | $10,360 |

For information about credit counseling services, call 1-877-337-8188 New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $721.09.

### Account Summary

| | |
|---|---|
| Previous balance | $4,894.21 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$76.39 |
| **New balance** | **$5,005.60** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |

Includes $0 cash advance limit



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

---

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$882.48** |
| **New balance** | **$5,005.60** |
| **Payment due date** | **03/13/19** |

**Amount enclosed:**

000000 MC 32 A 0

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0088248 0500560 0011000                740 1116

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 02/15 | LATE FEE - JAN PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 02/15 | INTEREST CHARGED TO PUR PR·02/05/19. | $76.39 |
| **Total interest charged in this billing period** | | **$76.39** |

### 2019 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2019** | **$70.00** |
| **Total interest charged in 2019** | **$146.28** |

### Interest charge calculation

Days in billing cycle: 31

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 18.24% (V) | $0.00 (D) | $0.00 |
| Pur Pr 020519 | 18.24% (V) | $4,931.07 (D) | $76.39 |
| **ADVANCES** | | | |
| Standard Adv | 27.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 03/06/2019 to allow enough time for regular mail to reach us.



## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

#### Citi Diamond Preferred Lifetime Savings

■ Interest: **$1,516.08**

**CITI DIAMOND PREFERRED LIFETIME SAVINGS: $1,516.08**

**See Account Messages for more information about Savings Spotlight**

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

## Citi® Diamond Preferred® Card



**SARAH LEBOVITS**
Member Since 2016 Account number ending in: 740
Billing Period:**02/16/19-03/15/19**

**www.citicards.com**
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### MARCH STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$1,038.99** |
| **New balance as of 03/15/19:** | **$5,111.11** |
| **Payment due date:** | **04/13/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 year(s) | $10,386 |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $882.48.

### Account Summary

| | |
|---|---|
| Previous balance | $5,005.60 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$70.51 |
| **New balance** | **$5,111.11** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |

Includes $0 cash advance limit

## Savings Spotlight



**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| **Minimum payment due** | **$1,038.99** |
| **New balance** | **$5,111.11** |
| **Payment due date** | **04/13/19** |

**Amount enclosed:**

000000 MC 32 A 0

Account number ending in 740

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0103899 0511111 0011000 ▌▌▌ 740 1114

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 03/15 | LATE FEE - FEB PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 03/15 | INTEREST CHARGED TO STANDARD PURCH | $0.49 |
| 03/15 | INTEREST CHARGED TO PUR-02/05/19. | $70.02 |
| **Total interest charged in this billing period** | | **$70.51** |

### 2019 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2019** | **$105.00** |
| **Total interest charged in 2019** | **$216.79** |

### Interest charge calculation

Days in billing cycle: **28**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 18.24% (V) | $35.24 (D) | $0.49 |
| Pur Pr 020519 | 18.24% (V) | $5,004.28 (D) | $70.02 |
| ADVANCES | | | |
| Standard Adv | 27.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.



## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

**Citi Diamond Preferred Lifetime Savings**

| Interest: | $1,516.08 |
|---|---|

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:**
**$1,516.08**

**See Account Messages for more information about Savings Spotlight**

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 04/06/2019 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.


**SARAH LEBOVITS**
Member Since 2016 Account number ending in: ▌740
Billing Period:**03/16/19-04/15/19**

**www.citicards.com**
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### APRIL STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$5,190.88** |
| **New balance as of 04/15/19:** | **$5,190.88** |
| **Payment due date:** | **05/13/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $5,191 |

For information about credit counseling services, call 1-877-337-8188New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

### Account Summary

| | |
|---|---|
| Previous balance | $5,111.11 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$79.77 |
| **New balance** | **$5,190.88** |

### Credit Limit

| | |
|---|---|
| Credit limit | $5,120 |

Includes SO cash advance limit



## Savings Spotlight

**Your Diamond Preferred Lifetime Savings:**

**$1,516.08**

See page 3 to view your Savings Summary.

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$5,190.88** |
| **New balance** | **$5,190.88** |
| **Payment due date** | **05/13/19** |

**Amount enclosed:**

Account number ending in ▌740

000000 MC 32 A O

SARAH LEBOVITS
20 WIENER DR
UNIT 301
MONSEY NY 10952-1856

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0519088 0519088 0011000 ▌▌▌▌ 740 1114

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 04/15 | INTEREST CHARGED TO STANDARD PURCH | $1.10 |
| 04/15 | INTEREST CHARGED TO PUR PR-02/05/19. | $78.67 |
| Total interest charged in this billing period | | $79.77 |

### 2019 totals year-to-date

| | |
|---|---|
| Total fees charged in 2019 | $105.00 |
| Total interest charged in 2019 | $296.56 |

### Interest charge calculation

Days in billing cycle: 31

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 18.24% (V) | $71.02 (D) | $1.10 |
| Pur Pr 020519 | 18.24% (V) | $5,078.59 (D) | $78.67 |
| **ADVANCES** | | | |
| Standard Adv | 27.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

**Important Information**
As a reminder, please refer to the back of your statement for details on how to avoid paying interest on purchases.
Please contact Customer Service if you have any questions.

SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.



## Savings Spotlight
### Your Citi® Diamond Preferred® Savings Summary

**Citi Diamond Preferred Lifetime Savings**

■ Interest: $1,516.08

**CITI DIAMOND PREFERRED LIFETIME SAVINGS: $1,516.08**

**See Account Messages for more information about Savings Spotlight**

If we need to contact you about your account, our records show your phone number(s) as 845-425-6270 (mobile). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 05/06/2019 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT dated May 17, 2019, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") to Cavalry SPV I, LLC, organized under the laws of the State of Delaware, with its headquarters/principal place of business at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595 ("Buyer").

For value received and subject to the terms and conditions of the Master Purchase and Sale Agreement dated February 18, 2019 and Addendum No. 2 dated February 21, 2019, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 to the Addendum and the final electronic file.

**Citibank, N.A.**

By: _____
(Signature)

Name: ___Gary Goldberg___

Title: ____Authorized Party____

## Exhibit 1

The individual Accounts transferred are described in the final electronic file and delivered by the Bank to Buyer, the same deemed attached hereto by this reference.

| Lot | Sale ID | # of Accounts | Sale Balance | Cut-Off Date |
|---|---|---|---|---|
| Brands Fresh Flow | 050819CV1MU3FM | | | 5/08/2019 |